```
              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| ROBERTO SALVADOR, | HON. JEROME B. SIMANDLE |
| Plaintiff, | |
| | Civil Action No. 04-3908 (JBS) |
| v. | |
| DEVON BROWN, et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court on Plaintiff's and Defendants' cross-motions for summary judgment [Docket Items 48 and 50]; the Court having considered the submissions of the parties in support thereof and opposition thereto; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this ___**8th**___ day of **April, 2008** hereby

ORDERED that Plaintiff's motion for summary judgment shall be and hereby is **DENIED**; and it is further

ORDERED that Defendants' motion for summary judgment shall be and hereby is **GRANTED**; and it is further

ORDERED that the Court of the Clerk shall close this case upon his docket.

                                **s/ Jerome B. Simandle**
                                JEROME B. SIMANDLE
                                United States District Judge